PHILIP E. SULLIVAN *v.* AMERICAN CELLOPHANE, INC.
(FORMERLY L.G., INC.), ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 18 Conn. App. 814, is denied.

*Philip E. Sullivan,* pro se, in support of the petition.

*Susan L. Miller* and *William O. Riiska,* in opposition.

Decided June 21, 1989

CARMEN STUMPO *v.* RALPH DE PONTE ET AL.

The defendant Hospital of St. Raphael's petition for certification for appeal from the Appellate Court is denied.

*Trudie R. Hamilton,* in support of the petition.

*Richard A. Fuchs,* in opposition.

Decided June 27, 1989

CCH COMPUTAX, INC. *v.* OREST T. DUBNO,
COMMISSIONER OF REVENUE SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 18 Conn. App. 434, is denied.

*Scott P. Moser* and *Antonio B. Braz,* in support of the petition.

*Jane D. Comerford,* assistant attorney general, in opposition.

Decided June 27, 1989